652 A.2d 171

CANDIDA LOPEZ v. CATTON BROTHERS.

J.C. WILLIAMS v. CATTON BROTHERS.

November 18, 1994.

## ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.